

**U.S. Department of Justice**

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

---

| | | |
|---|---|---|
| *James C. Delworth*<br>*Assistant United States Attorney* | *Thomas Eagleton U.S. Courthouse*<br>*111 S. 10th Street, Rm. 20.333*<br>*St. Louis, MO 63102* | *OFFICE: 314-539-2200*<br>*FAX: 314-539-2312* |

December 20, 2023

U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

    Re:   United States v. Ricardo Perez Betancur, et al.,
             Cause No. 4:23 CR 623 SRC-SPM

To Whom It May Concern:

    The indictment returned by the Grand Jury in the above-captioned case on November 8, 2023, was ordered suppressed pending the apprehension of the defendants named therein.

    One or more of the defendants has now been apprehended. Therefore, it is directed that the suppression order of this indictment be lifted.

                            Very truly yours,

                            SAYLER A. FLEMING
                            United States Attorney

                            */s/ James C. Delworth*

                            JAMES C. DELWORTH
                            Assistant United States Attorney

JCD/cj